HOGHTALING <em>against</em> OSBORN.

IN error on *certiorari* to a justice's court.

The defendant in error brought an action in the court below against the plaintiff in error, and a verdict was found for the defendant in error. It appeared, however, that the verdict was received, and the judgment rendered on *Sunday*.

*Per Curiam.* It was proper to receive the verdict, presuming that the jury were impannelled before *Sunday* commenced; but it was illegal to enter the judgment on *Sunday*, and for that cause it must be reversed.

Where a jury has been impannelled before Sunday commences, their verdict may be received on *Sunday*; but in a trial in a justice's court, the justice cannot enter judgment on the verdict on that day.

Judgment reversed.